Exhibit A



| Occurance Date (on or between) | | State of New Mexico Uniform Incident Report | Case # | |
|---|---|---|---|---|
| Tuesday 1/3/2023 1:28:00 AM | | | Date Reported | 1/3/2023 1:28:53 AM |
| Beat | 724 | SO - BERNALILLO COUNTY SHERIFF'S OFFICE | Gang Related | N - No |
| Location | | Barcelona Rd SW / El Corto Dr SW | Albuquerque, NM  87105 | |

### Offense(s)

**Primary Charge TCS (Jose Trujillo)**

| Offense | 66-3-18A - IMPROP DISPLAY / ILLEGIBLE  PLATE | Felony/Misd | M - Misdemeanor |
|---|---|---|---|
| Location Type | 13 - Highway/Road/Alley | Hate/Bias | 88 - None (No Bias) |
| Using | N - Not Applicable | Completed | Y - Yes |
| Weapons | | Domestic Violence | N - No |
| Entry | | Premises Entered | |
| Offense | 30-31-20A(3) (POSS SYNTH) - POSS. W/INT. TO TRAF. SYNTH NARCOTIC | Felony/Misd | F - Felony |
| Location Type | 13 - Highway/Road/Alley | Hate/Bias | 88 - None (No Bias) |
| Using | D - Drugs/Narcotics | Completed | Y - Yes |
| Weapons | | Domestic Violence | N - No |
| Entry | | Premises Entered | |
| Offense | 1 - WARRANT ARREST | Felony/Misd | M - Misdemeanor |
| Location Type | 13 - Highway/Road/Alley | Hate/Bias | 88 - None (No Bias) |
| Using | N - Not Applicable | Completed | Y - Yes |
| Weapons | | Domestic Violence | N - No |
| Entry | | Premises Entered | |

### Arrestee(s)

| Name | | | DOB | Age | POB | SSN | |
|---|---|---|---|---|---|---|---|
| TRUJILLO, JOSE LOUISE | | | | 21 | | | |
| Sex | Race | Ethnicity | Juvenile | Eye Color | Hair Color | Hair Length | Facial Hair |
| M - Male | H - Hispanic | H - Hispanic or Latino | N - No | BRO - Brown | BLK - Black | S - Short | 01 - Clean Shaven |
| Complexion | Teeth | Build | Height | Weight | Resident | Attire | |
| MBR - Medium Brown | 1 - Normal | L - Large | 5' 9" | 200 | R - Resident | | |
| DLN | DL State | | DL Country | | | | |
| | NM - New Mexico | | USA - United States of America | | | | |

**Scar, Mark, Tattoo**

**Addresses**

| H - Home | | | Bernalillo |
|---|---|---|---|

**Moniker**

| Phones | | Email(s) | |
|---|---|---|---|
| M - Mobile | | | |

| Employer/School | | Employer CSZ | |
|---|---|---|---|
| Employer Address | | Occupation/Grade | |

**Warrants**

| T-4-DV-2021-003358 | 1 - WARRANT ARREST | T-4-DV-2021-003358 |
|---|---|---|

**Arrest information**

| Arrested For | 1 - WARRANT ARREST  66-3-18A - IMPROP DISPLAY / ILLEGIBLE  PLATE | Arrest Type | Taken Into Custody |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | 30-31-20A(3) (POSS SYNTH) - POSS. W/INT. TO TRAF. SYNTH NARCOTIC | | |
| Armed With | Handgun | Multi Clearance | Not Applicable |
| Multi Clearance offense | | FBI Number | |
| Arrested On | 1/3/2023 | Juvenile Dispo | |
| Adult Present (Name) | | Detention Name | |
| Notified name | | | |

### Victim(s)

| | |
|---|---|
| Victim Type | S - Society/Public |
| Victim of | 1 - WARRANT ARREST |
| | 66-3-18A - IMPROP DISPLAY / ILLEGIBLE PLATE |
| | 30-31-20A(3) (POSS SYNTH) - POSS. W/INT. TO TRAF. SYNTH NARCOTIC |

| Name | | | DOB | Age | POB | SSN | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Sex | Race | Ethnicity | Juvenile | Eye Color | Hair Color | Hair Length | Facial Hair |
| | | | | | | | |
| Complexion | Teeth | Build | Height | Weight | Resident | Attire | |
| | | | | | | | |
| DLN | DL State | | DL Country | | | | |
| | | | | | | | |

| Moniker |
|---|
| |

| Phones | | Email(s) | |
|---|---|---|---|
| | | | |

| Employer/School | | Employer CSZ | |
|---|---|---|---|
| Employer Address | | Occupation/Grade | |

| Offender/Relationship |
|---|
| |

| Circumstances | |
|---|---|
| Just. Hom. Circ. | |

| Type | | Activity | |
|---|---|---|---|
| Assignment | | ORI-Other Jurisdiction | |

### Property -1398 - Recording - Other

| Description | BWC 162 | Serial Number\VIN | |
|---|---|---|---|
| UCR Description | F - TV's, Radios, Stereos, Etc... | Owner Applied Number | |
| Status | I - Information Only | Finish | |
| Count | 1 | Condition | |
| Value | 00.00 | Identifying Marks | |
| Manufacturer | | Color | |
| Model | | Recovered Date | |

### Vehicle

| Vehicle Type | | License Number | |
|---|---|---|---|
| Vehicle Year | | License Exp. Date | |
| Body Style | | License State | |

| Color Type(s) | | Color | | Vehicle Towed | |
|---|---|---|---|---|---|
| | | | | Vehicle Towed by | |
| | | | | Vehicle Towed to | |

### Drug Information

| Drug Type | Drug Quantity | Drug Measure | Recovered date | NCIC # |
|---|---|---|---|---|

Printed 1/4/2023 3:16 PM  
Reported By        Skroch, Jonathan

### Property - 3501 - Automobile (not Stolen or Recovered)

| | | | |
|---|---|---|---|
| Description | | Serial Number\VIN | 1N4AA6AP3HC428368 |
| UCR Description | V - Other Vehicle (not Stolen or Recovered) | Owner Applied Number | |
| Status | I - Information Only | Finish | |
| Count | 1 | Condition | |
| Value | 01.00 | Identifying Marks | |
| Manufacturer | NISS - Nissan | Color | |
| Model | | Recovered Date | |

#### Vehicle

| | | | |
|---|---|---|---|
| Vehicle Type | | License Number | AAWL84 |
| Vehicle Year | 2017 | License Exp. Date | 01-2024 |
| Body Style | PC - Passenger vehicle | License State | NM - New Mexico |

| Color Type(s) | Color |
|---|---|
| PR - Primary | SIL - Silver |

| | |
|---|---|
| Vehicle Towed | Y - Yes |
| Vehicle Towed by | MACY'S TOWING LLC |
| Vehicle Towed to | 106 Rio Bravo blvd |

#### Drug Information

| Drug Type | Drug Quantity | Drug Measure | Recovered date | NCIC # |
|---|---|---|---|---|
| | | | | |

### Property - 1995 - Other Narcotic - Codeine, Demerol, Dilaudid, Methadone, Etc.

| | | | |
|---|---|---|---|
| Description | fentanyl pills | Serial Number\VIN | |
| UCR Description | I - Consumable Goods | Owner Applied Number | |
| Status | 6 - Seized (to impound property that was not previously stolen) | Finish | |
| Count | 893 | Condition | |
| Value | | Identifying Marks | |
| Manufacturer | | Color | |
| Model | | Recovered Date | |

#### Vehicle

| | | | |
|---|---|---|---|
| Vehicle Type | | License Number | |
| Vehicle Year | | License Exp. Date | |
| Body Style | | License State | |

| Color Type(s) | Color |
|---|---|
| | |

| | |
|---|---|
| Vehicle Towed | |
| Vehicle Towed by | |
| Vehicle Towed to | |

#### Drug Information

| Drug Type | Drug Quantity | Drug Measure | Recovered date | NCIC # |
|---|---|---|---|---|
| H - Other Narcotics (Codeine, Demerol, Dilaudid, Etc.) | 893 | DU - Dose Units/Items | | |

### Property - 9999 - Other

| | | | |
|---|---|---|---|
| Description | baggies | Serial Number\VIN | |
| UCR Description | K - Miscellaneous | Owner Applied Number | |
| Status | 6 - Seized (to impound property that was not previously stolen) | Finish | |
| Count | 100 | Condition | |
| Value | | Identifying Marks | |

| Manufacturer | | Color | |
|---|---|---|---|
| Model | | Recovered Date | |

### Vehicle

| Vehicle Type | | License Number | |
|---|---|---|---|
| Vehicle Year | | License Exp. Date | |
| Body Style | | License State | |

| Color Type(s) | | Color | |
|---|---|---|---|

| Vehicle Towed | |
|---|---|
| Vehicle Towed by | |
| Vehicle Towed to | |

### Drug Information

| Drug Type | Drug Quantity | Drug Measure | Recovered date | NCIC # |
|---|---|---|---|---|
| | | | | |

### Property - 3711 - Handgun

| Description | glock 17 | Serial Number\VIN | vds372 |
|---|---|---|---|
| UCR Description | G - Firearms | Owner Applied Number | |
| Status | 6 - Seized (to impound property that was not previously stolen) | Finish | |
| Count | 1 | Condition | |
| Value | 01.00 | Identifying Marks | |
| Manufacturer | glock | Color | |
| Model | 17 gen 4 | Recovered Date | |

### Vehicle

| Vehicle Type | | License Number | |
|---|---|---|---|
| Vehicle Year | | License Exp. Date | |
| Body Style | | License State | |

| Color Type(s) | | Color | |
|---|---|---|---|

| Vehicle Towed | |
|---|---|
| Vehicle Towed by | |
| Vehicle Towed to | |

### Drug Information

| Drug Type | Drug Quantity | Drug Measure | Recovered date | NCIC # |
|---|---|---|---|---|
| | | | | |

### Property - 3711 - Handgun

| Description | AR Pistol | Serial Number\VIN | ns335933 |
|---|---|---|---|
| UCR Description | G - Firearms | Owner Applied Number | |
| Status | 6 - Seized (to impound property that was not previously stolen) | Finish | |
| Count | 1 | Condition | |
| Value | | Identifying Marks | |
| Manufacturer | | Color | |
| Model | ar | Recovered Date | |

### Vehicle

| Vehicle Type | | License Number | |
|---|---|---|---|
| Vehicle Year | | License Exp. Date | |
| Body Style | | License State | |

| Color Type(s) | | Color | |
|---|---|---|---|

| Vehicle Towed | |
|---|---|
| Vehicle Towed by | |

|  |  |  |  |
|---|---|---|---|
| | | Vehicle Towed to | |

### Drug Information

| Drug Type | Drug Quantity | Drug Measure | Recovered date | NCIC # |
|---|---|---|---|---|
| | | | | |

#### Property - 10008 - Firearm Accessories

| | | | |
|---|---|---|---|
| Description | 3 magazines | Serial Number\VIN | |
| UCR Description | K - Miscellaneous | Owner Applied Number | |
| Status | I - Information Only | Finish | |
| Count | 3 | Condition | |
| Value | 01.00 | Identifying Marks | |
| Manufacturer | | Color | |
| Model | | Recovered Date | |

### Vehicle

| | | | |
|---|---|---|---|
| Vehicle Type | | License Number | |
| Vehicle Year | | License Exp. Date | |
| Body Style | | License State | |

| Color Type(s) | Color | | Vehicle Towed | |
|---|---|---|---|---|
| | | | Vehicle Towed by | |
| | | | Vehicle Towed to | |

### Drug Information

| Drug Type | Drug Quantity | Drug Measure | Recovered date | NCIC # |
|---|---|---|---|---|
| | | | | |

#### Property - 3703 - Ammunition - 9mm Caliber

| | | | |
|---|---|---|---|
| Description | 9MM | Serial Number\VIN | |
| UCR Description | G - Firearms | Owner Applied Number | |
| Status | I - Information Only | Finish | |
| Count | 68 | Condition | |
| Value | 01.00 | Identifying Marks | |
| Manufacturer | | Color | |
| Model | | Recovered Date | |

### Vehicle

| | | | |
|---|---|---|---|
| Vehicle Type | | License Number | |
| Vehicle Year | | License Exp. Date | |
| Body Style | | License State | |

| Color Type(s) | Color | | Vehicle Towed | |
|---|---|---|---|---|
| | | | Vehicle Towed by | |
| | | | Vehicle Towed to | |

### Drug Information

| Drug Type | Drug Quantity | Drug Measure | Recovered date | NCIC # |
|---|---|---|---|---|
| | | | | |

#### Property - 3799 - Ammunition - Other Caliber

| | | | |
|---|---|---|---|
| Description | 300BKL | Serial Number\VIN | |
| UCR Description | G - Firearms | Owner Applied Number | |
| Status | I - Information Only | Finish | |
| Count | 17 | Condition | |
| Value | 01.00 | Identifying Marks | |

| Manufacturer | | Color | |
|---|---|---|---|
| Model | | Recovered Date | |

| Vehicle | | | |
|---|---|---|---|
| Vehicle Type | | License Number | |
| Vehicle Year | | License Exp. Date | |
| Body Style | | License State | |

| Color Type(s) | | Color | | Vehicle Towed | |
|---|---|---|---|---|---|
| | | | | Vehicle Towed by | |
| | | | | Vehicle Towed to | |

| Drug Information | | | | |
|---|---|---|---|---|
| Drug Type | Drug Quantity | Drug Measure | Recovered date | NCIC # |
| | | | | |

**Synopsis**

On 1/3/2022, Jose Trunillo was arrested for trafficking of a controled substance and a DV warrant (T-4-DV-2021-003358)

**Narrative - use for version 001 (i.e. original) Case reports**

On 1/3/2022, at approximately 0128 hours, I was in the area of Barcelona Rd and Joe Sanchez Rd. During this time, I observed there to be a silver Nissan Maxima bearing New Mexico license plate AAWL84, to have improperly displayed registration. There was a license plate cover, obstructing my view of the registration sticker. Furthermore, all I could see while I was behind the vehicle, on the registration sticker was a 1 for the top number, meaning the sticker displayed would have been an expired sticker. I conducted a stop.

I contacted the driver, identified as Jose Trujillo. Jose was checked through NCIC using a full name, date of birth and social security number to which a warrant was confirmed for his arrest.

During an inventory of the vehicle, upon opening the center console, there were two baggies filled with blue pills stamped "M" and "30". Through my training, knowledge and experience, these pills are consistent with counterfeit oxycodone pills made using fentanyl. Furthermore, in the cup holder area there was a large amount of cash. In the trunk of the vehicle were two firearms, one being a Glock 17 Gen 4 and one being an AR pistol. Each firearm had a magazine in it and a round in the chamber. The Glock handgun had a drum magazine inserted into it. There were also two bags which contained hundreds of small baggies. Through my training, knowledge and experience these baggies are used in the dealing of narcotics.

I contacted Jose. Jose immediately stated that he did not answer questions. I took this as him evoking his constitutional right to remain silent.

There were two baggies that contained a mass number of pills. Later, the pills and cash were counted. One bag contained 496 pills while the other contained 397. The total amount of pills was 893 pills. The cash that was present in the vehicle was fifteen $100 bills, eight $50 bills, fifty-two $20 bills, seven $10 bills, five $5 bills and one $1bill. The total amount of cash that was wadded up totaled $3036. The drum magazine that was in the Glock contained 37 rounds, there was an additional magazine in the driver's door which contained 31 rounds. The AR-15 magazine contained 17 rounds which were chambered in 300 Blk.

The number of pills that were located are not consistent with a personal amount. Through my training knowledge and experience, this number of pills is consistent with a dealer's amount. Further, dealing narcotics is an inherently dangerous activity. The fact that this individual had two firearms, each with a round in the chamber and had several magazines, which carried more than the average person carries, shows, that Jose was knowingly partaking in the dangerous activity of dealing narcotics. Jose also had in the vehicle, a mass amount of cash wadded up. Jose having 893 pills, two firearms in the condition they were in, along with several magazines of ammunitions, hundreds of small baggies, in conjunction with a large amount of cash, through my training knowledge and experience is consistent with dealing narcotics.

> I did ask Jose if the cash was his.  If the cash was not his it would need to be tagged to evidence as found, if it was his, the cash would go with him.  Jose stated that the cash was his.
>
> Jose was transported to and booked into MDC. The vehicle was towed from the scene by Macy's Towing to 106 Rio Bravo Blvd.  My BWC was uploaded and classified.  Nothing further.

Original Narrative Owner :                    2068 - Skroch, Jonathan

**Narrative - use for version 002 or subsequent Case Reports**

Narrative added/updated by :