Exhibit B contained on thumb drive submitted per Defendant's Notice of Lodging.