Exhibit F

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 1:23-mj-00021-JFR |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Albuquerque, New Mexico |
| | ) | |
| JOSE LOUISE TRUJILLO, | ) | Friday, March 3, 2023 |
| | ) | |
| Defendant. | ) | (9:59 a.m. to 10:15 a.m.) |

PARTIAL TRANSCRIPT

(TESTIMONY OF JESSICA CARREON)
DURING PRELIMINARY EXAMINATION /DETENTION HEARING

BEFORE THE HONORABLE KIRTAN KHALSA,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:            (SEE PAGE 2)

Court Reporter:         Recorded; Liberty: Hondo

Clerk:                  E. Hernandez

U.S. Pretrial/Probation: G. Rodriguez

Transcribed By:         Exceptional Reporting Services, Inc.
                        P.O. Box 8365
                        Corpus Christi, TX 78468
                        361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

Carreon - Cross / By Mr. Anderson                              16

1        **THE WITNESS:**  I don't recall.
2   **BY MR. ANDERSON:**
3   Q    I'm sorry.  Again, I think I've forgotten my question.
4        **THE COURT:**  Whether the console was open, I think,
5   and then whether the drugs were in plain view.
6        **MR. ANDERSON:**  Thank you, Your Honor.
7   **BY MR. ANDERSON:**
8   Q    Officer Carreon, was any further investigation conducted
9   into those drugs?  For example, was the bag in which the drugs
10  were contained tested for any fingerprints?
11  A    It has not been tested.
12  Q    So at this time, there's no evidence, for example, that
13  Mr. Trujillo's fingerprints are on that bag?
14  A    Not at the moment.
15  Q    Where did this traffic stop take place, to the best of
16  your knowledge?
17  A    It took place near Barcelona Road Southwest and Cordero
18  Road Southwest in the South Valley.
19  Q    At the time the traffic stop was initiated, is it fair to
20  say that Mr. Trujillo's vehicle was on a public road, public
21  property?
22  A    Yes.
23  Q    Was it also on public property when it came to a stop?
24  A    It was not.
25  Q    Do you know whose property it was located on at the time

Carreon - Cross / By Mr. Anderson                                    17

1  it came to a stop?
2  A    It came to a stop in front of an apartment complex.  I
3  don't know whose specific property it belonged to.
4  Q    Now, you also testified a little bit about the firearms
5  that were located in the trunk of the vehicle.  And I wanted to
6  ask you.  You testified in response to the Government's
7  questions that the firearms in this case were not manufactured
8  in New Mexico; is that correct?
9  A    That's correct.
10 Q    What is the basis for your testimony on that?
11 A    That the firearms -- there is no firearm manufacturer in
12 the state of New Mexico.
13 Q    Thank you for your time this morning, Officer Carreon.
14          **MR. ANDERSON:**  I have no further questions, Your
15 Honor.
16          **THE COURT:**  Any redirect?
17          **MR. CORDOVA:**  No, Your Honor.
18          **THE COURT:**  All right.
19          **THE WITNESS:**  Thank you.
20          **THE COURT:**  You may step down.
21     **(Witness steps down)**
22     **(Requested transcription concluded at 10:15 a.m.;**
23 **proceeding continued)**
24
25