UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

**CASE NO.** CR 23-748 KWR        **DATE:** February 7, 2024

**TITLE:** *USA v. Solomon Pena*

**COURTROOM CLERK:** C. Bevel        **COURT REPORTER:** Andrea Lynch

**COURT IN SESSION:** 9:31AM-9:35AM        **TOTAL TIME:** 4 MINUTES

**TYPE OF PROCEEDING:** STATUS CONFERENCE

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**        **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Patrick Cordova, Jeremy Pena, Ryan Crosswell        Elizabeth Honce

**PROCEEDINGS:**

9:31am    Court in session, counsel enter appearances, defendant present in custody.

9:31am    Court addresses counsel regarding status of case, trial set for June 10.

9:32am    AUSA Pena addresses Court, will be seeking superseding indictment adding additional charges, does not believe it will move the trial date. Expects trial to be 2 weeks.

9:34am    Ms. Honce responds will be ready for June trial, believes 2 weeks is sufficient for trial.

9:35am    Court in recess.