IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 23-cr-748-KWR |
| ) | |
| vs. ) | |
| ) | |
| **SOLOMON PEÑA,** ) | |
| ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' THIRD AMENDED WITNESS LIST**

THE UNITED STATES OF AMERICA hereby provides its third amended witness list for its case-in-chief.

1. Acee, Bryan – FBI
2. Barragan, Adam – FBI
3. Barreras, Joseph, or designee – USMS
4. Carreon, Jessica – FBI
5. Drain, Nathan – APD
6. Drebing, Mark
7. Garcia, Juan
8. Greene, Paul – SoundThinking, Inc.
9. Griego, Conrad – APD
10. Hartsock, Kyle – APD
11. Howard, Jack – FBI
12. Gonzalez, Rebekah – APD
13. Jewell, Chase – APD
14. Luna, Myra – Torrance County Detention Facility
15. MacManus, Sean – FBI
16. Maestas, Jesus – BCSO
17. Martinez, Diana
18. Miller, Janie – APD
19. Padilla, Elliot – APD
20. Quezada, Cherise
21. Rhodes, Rebecca – FBI
22. Schumaker, Stephen
23. Sedillo, Theresa
24. Skroch, Jonathan – BCSO
25. Stuart, Jay – Metropolitan Forensic Science Center

| | | | | |
|---|---|---|---|---|
| 26. | Swartz, Justin – FBI | | 32. | Candidate 1 |
| 27. | Wood, Kalin – APD | | 33. | Election Official 1 |
| 28. | Victim 1 [1] | | 34. | Individual 1 |
| 29. | Victim 2 | | 35. | Individual 2 |
| 30. | Victim 3 | | 36. | Witness 1 |
| 31. | Victim 4 | | 37. | Witness 2 |

The United States reserves the right to call custodians of records as necessary, to call any witness named by the defense, and to amend its witness list before trial.

Defendant should not rely on this list to ensure a witness's presence at trial. If the United States chooses not to call a witness in its case-in-chief, the United States makes no representation or guarantee about that witness's availability to testify during the defense case.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

/s/*Patrick E. Cordova*
PATRICK E. CORDOVA
JEREMY PEÑA
Assistant United States Attorneys
Post Office Box 607
Albuquerque, New Mexico 87102
(505) 346-7274

JOHN D. KELLER
Acting Chief, Public Integrity Section
Criminal Division, U.S. Department of Justice

/s/ *Ryan R. Crosswell*
RYAN R. CROSSWELL
Trial Attorney
1301 New York Ave. NW
Washington, D.C. 20005
(202) 616-5699

---

[1] The United States has provided defense counsel, under separate cover, the un-anonymized list of witnesses identified in numbers 28-37.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2025, I filed the foregoing document electronically through the CM/ECF system, which caused the forgoing to be served on all counsel of record.

<u>/s/ *Patrick E. Cordova*</u>
Patrick E. Cordova
Assistant United States Attorney