IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR No. 23-00748-KWR |
| ) | |
| vs. ) | |
| ) | |
| **SOLOMON PEÑA**, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES NOTICE REGARDING
DEFENDANT'S WITNESS LIST AND VOIR DIRE**

The United States hereby provides the following notice regarding Defendant Solomon Peña's witness list (Doc. 266) and proposed voir dire (Doc. 210).

1.　On February 4, 2025, counsel for Defendant notified the Court at a status conference that it planned to rely on previous counsel's witness list, exhibit list, and voir dire.[1]

2.　The United States has filed objections to Defendant's exhibit list.  (Doc. 331.)

3.　The United States hereby notifies the Court and counsel that (1) it maintains its written objection to Defendant's witness list (Doc. 243); and (2) does not have any objections to Defendant's proposed voir dire.

---

[1] The United States also notified the Court that it was standing on its previously filed motions in limine (see Docs. 180-88.)

Respectfully submitted,

| | |
|---|---|
| ALEXANDER M.M. UBALLEZ | JOHN D. KELLER |
| UNITED STATES ATTORNEY | ACTING CHIEF, |
| | PUBLIC INTEGRITY SECTION |
| | |
| /s/ *Patrick E. Cordova* | /s/ *Ryan Crosswell* |
| PATRICK E. CORDOVA | RYAN CROSSWELL |
| JEREMY PENA | Trial Attorney |
| Assistant United States Attorneys | Public Integrity Section |
| P.O. Box 607 | 1301 New York Ave NW |
| Albuquerque, N.M. 87103 | Washington, DC 20530 |
| (505) 224-1413 | (202) 330-1295 |

## CERTIFICATE OF SERVICE

  I hereby certify that on February 10, 2025, I filed the foregoing document electronically through the CM/ECF system, which caused the forgoing to be served on all counsel of record.

/s/ *Patrick E. Cordova*
Patrick E. Cordova
Assistant United States Attorney