IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                    No. CR 23-748 KWR

SOLOMON PENA,

    Defendant.

### NOTE FROM THE JURY

YOUR HONOR:

how can we view the CAST cellular map data?

The CAST Cellular maps ~~illustrations~~ were not admitted into evidence. You must rely on your memory of the testimony.

DATED AT ALBUQUERQUE ON 3/19/2025

TIME: 2:50 pm

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                     No. CR 23-748 KWR

SOLOMON PENA,

    Defendant.

## NOTE FROM THE JURY

**YOUR HONOR:**

In count 10 what relevance does the fourth condition have regarding count 10? Can we see 18 U.S.C. section 922(g)(1)?

I am unable to provide 18 U.S.C. Section 922(g)(1). The law that you must follow is contained in the instructions that I have given you. I refer you to Instruction 20 of the jury instructions.

DATED AT ALBUQUERQUE ON 3/18/2025

TIME: 4:12