IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 23-00748-KWR |
| | ) | |
| vs. | ) | |
| | ) | |
| **SOLOMON PEÑA,** | ) | |
| | ) | |
| Peña. | ) | |

# **V E R D I C T**

## **COUNT 1**

WE, THE JURY, find **SOLOMON PEÑA** _Guilty_ of conspiracy,

(*Guilty* or *Not Guilty*)

as charged in Count 1 of the second superseding indictment.

> *If you find Mr. Peña not guilty as charged in Count 1 of the indictment, proceed directly to Count 2. If you find Mr. Peña guilty as charged in Count 1 of the indictment, please indicate which of the following overt acts the jury unanimously agrees were committed. You may answer yes to more than one act. If you do not unanimously agree upon at least one overt act, you must find Mr. Peña not guilty as charged in Count 1 of the indictment.*

WE, THE JURY, unanimously find that:

1)    On or about December 4, 2022, at approximately 4:41 p.m., DEMETRIO

TRUJILLO conducted a shooting on the private residence of Bernalillo County Commissioner

Adriann Barboa. _yes_ .

(*yes* or *no*)

2)      On or about December 8, 2022, at approximately 1:03 a.m., **PEÑA** sent a

text message to DEMETRIO TRUJILLO with the physical address of the private residence of New

Mexico Representative Javier Martinez.  _yes_ .
(*yes* or *no*)

3)      On or about December 8, 2022, at approximately 6:52 a.m., DEMETRIO

TRUJILLO conducted a shooting on the private residence of Martinez.  _yes_ .
(*yes* or *no*)

4)      On or about December 8, 2022, at approximately 10:04 p.m., **PEÑA** sent a

text message to DEMETRIO TRUJILLO with the physical address of the private residence of

Bernalillo County Commissioner Debbie O'Malley.  _yes_ .
(*yes* or *no*)

5)      On or about December 11, 2022, at approximately 1:41 a.m., **PEÑA** and

JOSE LOUISE TRUJILLO conducted a shooting on the private residence of O'Malley.

_yes_ .
(*yes* or *no*)

6)      On or about January 2, 2023, at approximately 10:47 p.m., **PEÑA** used his

cellular phone to conduct an internet search relating to New Mexico State Senator Linda Lopez.

_yes_ .
(*yes* or *no*)

7)      On or about January 2, 2023, at approximately 11:23 p.m., **PEÑA** sent the

following text message to JOSE LOUISE TRUJILLO: "I am at root beer."  _yes_ .
(*yes* or *no*)

8)      On or about January 3, 2023, at approximately 12:37 a.m., **PEÑA**,

DEMETRIO TRUJILLO, and JOSE LOUISE TRUJILLO conducted a shooting on the private

residence of Senator Lopez.  <u>yes</u>.
(*yes* or *no*)

**COUNT 2**

WE, THE JURY, find **SOLOMON PEÑA** _Guilty_ ,
(*Guilty* or *Not Guilty*)

of interference with federally protected activities as charged in Count 2 of the second superseding

Indictment.

**COUNT 3**

WE, THE JURY, find **SOLOMON PEÑA** Guilty ,
(*Guilty* or *Not Guilty*)

of interference with federally protected activities as charged in Count 3 of the second superseding

indictment.

**COUNT 4**

WE, THE JURY, find **SOLOMON PEÑA** _Guilty_ ,
(*Guilty* or *Not Guilty*)

of interference with federally protected activities as charged in Count 4 of the second superseding

indictment.

**COUNT 5**

WE, THE JURY, find **SOLOMON PEÑA** Guilty ,
(*Guilty* or *Not Guilty*)

of interference with federally protected activities as charged in Count 5 of the second superseding

indictment.

**COUNT 6**

WE, THE JURY, find **SOLOMON PEÑA** Guilty ,
(<em>Guilty</em> or <em>Not Guilty</em>)

of using or carrying a firearm during and in relation to a crime of violence, as charged in Count 6

of the second superseding indictment.

(*If guilty*): We, the jury, having found Mr. Peña guilty of the offense charged in

Count 6 of the second superseding indictment, further unanimously find that a firearm was

discharged yes .
(*yes* or *no*)

**COUNT 7**

WE, THE JURY, find **SOLOMON PEÑA** Guilty ,
(*Guilty* or *Not Guilty*)

of using or carrying a firearm during and in relation to a crime of violence, as charged in Count 7

of the second superseding indictment.

(*If guilty*): We, the jury, having found Mr. Peña guilty of the offense charged in

Count 7 of the second superseding indictment, further unanimously find that a firearm was

discharged Yes .
(*yes* or *no*)

**COUNT 8**

WE, THE JURY, find **SOLOMON PEÑA** _Guilty_ ,
(*Guilty* or *Not Guilty*)

of using or carrying a firearm during and in relation to a crime of violence, as charged in Count 8

of the second superseding indictment.

(*If guilty*): We, the jury, having found Mr. Peña guilty of the offense charged in

Count 8 of the second superseding indictment, further unanimously find that a firearm was

discharged _Yes_ .
(*yes* or *no*)

## COUNT 9

WE, THE JURY, find **SOLOMON PEÑA** _Guilty_ ,

(<em>Guilty</em> or <em>Not Guilty</em>)

of using or carrying a machinegun during and in relation to a crime of violence, as charged in

Count 9 of the second superseding indictment.

(*If Not guilty*) WE, THE JURY, find **SOLOMON PEÑA** _____,

(<em>Guilty</em> or <em>Not Guilty</em>)

of the lesser included offense of using or carrying a firearm during and in relation to a crime of violence.

(*If guilty of the lesser included offense*): We, the jury, having found Mr. Peña guilty of

the lesser included offense of using or carrying a firearm during and in relation to a crime of

violence, further unanimously find that a firearm was discharged _Yes_ .

(<em>yes</em> or <em>no</em>)

**COUNT 10**

WE, THE JURY, find **SOLOMON PEÑA** ___Guilty___,
(*Guilty* or *Not Guilty*)

of felon in possession of a firearm and ammunition, as charged in Count 10 of the second

superseding indictment.

**COUNT 11**

WE, THE JURY, find **SOLOMON PEÑA** _Guilty_ ,
(*Guilty* or *Not Guilty*)

of solicitation to commit a crime of violence, as charged in Count 11 of the second superseding

indictment.

**COUNT 12**

WE, THE JURY, find **SOLOMON PEÑA** Guilty ,
(*Guilty* or *Not Guilty*)

of solicitation to commit a crime of violence, as charged in Count 12 of the second superseding

indictment.

## COUNT 13

WE, THE JURY, find **SOLOMON PEÑA** _Guilty_ ,
(<em>Guilty</em> or <em>Not Guilty</em>)

of solicitation to commit a crime of violence, as charged in Count 13 of the second superseding

indictment.

DATED this __19__ day of March, 2025.

[Signature Page]

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

___3/19/2025___
DATE