# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

      vs.                                       No. 23-CR-0748-KWR-1

SOLOMON PEÑA,

      Defendant.

## **NOTICE OF APPEAL**

Defendant Solomon Peña, by and through undersigned counsel, hereby gives notice of his appeal, to the United States Court of Appeals for the Tenth Circuit, of the District Court's Judgment (Doc. 402), filed August 14, 2025.

                                           Respectfully submitted,

                                         */s/ Nicholas T. Hart*

                                         Nicholas T. Hart
                                         **HARRISON & HART, LLC**
                                         924 Park Ave SW, Suite E
                                         Albuquerque, NM 87102
                                         (505) 295-3261
                                         nick@harrisonhartlaw.com

                                         *Counsel for Defendant Solomon Peña*

**This Filing Has No Exhibits**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August 2025, I filed the foregoing Notice electronically via the Court's CM/ECF filing system, causing a copy of it to be served on all counsel of record.

HARRISON & HART, LLC

By:  _/s/  Nicholas T. Hart_
      Nicholas T. Hart