APRIL 13, 2026

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 20 2026

MITCHELL R. ELFERS
CLERK

FED DIST CT - N.M.

OFFICE OF THE CLERK - SUITE 270

333 LOMAS BLVD. N.W.

ALB., N.M. 87102

DEAR SIR OR MA'AM,

I'M READING IN MY LAW LIB HERE AT THE PRISON. I'M READING IN OUR CRIMINAL DEFENSE TECHNIQUES TREATISE ABOUT DISQUALIFICATION OR EXEMPTION OF JURORS. IT SAYS THAT THERE IS A LIST OF FACTORS WHICH MAY DISQUALIFY OR EXEMPT A PERSON FROM SERVICE ON A JURY. IT ALSO STATES "BE CAREFUL TO REVIEW THE RULES OF YOUR LOCAL JURISDICTION." MAY I INSPECT THOSE RULES FOR THE LOCAL JURISDICTION THAT MY CASE NO. WAS TRIED IN? MY CASE NO. IS 1:23 CR 00748-001 KWR. THANK YOU.

SOLOMON PENA # 62635510.
UNITED STATES PENITENTIARY ATWATER
P.O. BOX 019001
ATWATER, CA. 95301

SOLOMON PENA #62635510

UNITED STATES PENITENTIARY ATWATER

P.O. BOX 019001

ATWATER, CA. 95301

SACRAMENTO CA 957

16 APR 2026 PM 4 L

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 20 '3

MITCHELL R. ELFERS
CLERK

FED DIST CT — N.M.

OFFICE OF THE CLERK— SUITE 270

333 LOMAS BLVD. N.W.

ALBUQUERQUE, N.M. 87102

LEGAL MAIL

87102-227470